UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:17-bk-00466
Chapter 13

In re:
Terry Allen Dixon and
Anna Marcella Dixon,
        Debtors.
_____/

## MOTION TO VALUE COLLATERAL
## SECURED BY ALLY FINANCIAL
## (CLAIM NUMBER 1)

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Michael Ross Cleaveland, 10001 Gate Parkway North, Jacksonville, Florida 32246, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    COMES NOW the Debtors, by and through the undersigned attorney, and hereby move to value personal property as collateral for the purpose of fixing the amounts of the secured and unsecured claims for the creditor, ALLY FINANCIAL, under 11 U.S.C. §506(a) and §1325(a).

A determination of this motion will fix the amount of the creditor's secured and unsecured claims notwithstanding the amount of the secured claim stated in the creditor's proof of claim. The claim will be treated as secured to the extent of the property's replacement value *i.e.* the price a willing buyer in Debtors' trade, business, or situation would pay to obtain like property, such as reconditioning or storage.

**COLLATERAL:**

| Property | Account # | Claim Amount | Value |
|---|---|---|---|
| 2007 Saturn Outlook | 0875 | $8,552.20 | Secured: $2,244.00 |
|  |  |  | Unsecured: $6,308.20 |

**Debtors' opinion of the secured/unsecured status of the property is based upon the condition and date of purchase of the property pursuant to 11 U.S.C. §1325(a).**

WHEREFORE, the Debtors respectfully request that this Honorable Court value the property and bifurcate the creditor's claim pursuant to 11 U.S.C. 1325(a).

Dated: December 6, 2017

**CLEAVELAND & CLEAVELAND, P.L.**

/s/ *Michael Ross Cleaveland*
**Michael Ross Cleaveland, Esquire**
Florida Bar Number: 0166448
10001 Gate Parkway North
Jacksonville, Florida 32246
(904) 642-2040
jaxconsumer@cc-lawoffice.com
Counsel for the Debtors

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 6, 2017, a true and correct copy of the foregoing **Motion to Value Collateral Secured by Ally Financial (Claim Number 1)** was served electronically or by regular United States mail to the Trustee, the U.S. Trustee and to the creditor care of its agent at his dwelling house, usual place of abode, or place where he regularly conducts his business or profession listed below:

    Ally Financial
    Post Office Box 130424
    Roseville, Minnesota 55113

                                                  /s/ *Michael Ross Cleaveland*
                                                  **Michael Ross Cleaveland, Esquire**
                                                  Counsel for the Debtors