UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:

TERRY ALLEN DIXON
ANNA MARCELLA DIXON,

       Debtors.
_____/

Case No. 3:17-bk-00466-PMG
Chapter 13

**OBJECTION BY ALLY FINANCIAL
TO DEBTOR'S MOTION TO VALUE COLLATERAL
(Secured Claim No. 1)**

Ally Financial, by and through its undersigned attorney, hereby files its Objection to Debtor's Motion to Value Collateral (Doc. No. 25), and would show:

1. The claim of Ally Financial is secured by a 2007 Saturn Outlook, VIN 5GZER33717J154273, which is valued at $10,900.00 retail, according to the NADA guide in effect on March 13, 2017, the date of filing. The value of the secured claim is $10,900.00 for the purposes of this proceeding. The amount due on the secured claim is $8,552.20.

2. It is the contention of Ally Financial that the value of the secured claim as proposed by the Debtors is less than the replacement value of the collateral.

3. Ally Financial is entitled to an award of its reasonable attorney fees for this proceeding. A reasonable fee is $275.00.

DATED: January 4, 2018.

/s/ Andrew W. Houchins
Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 4th day of January, 2018, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Terry Allen Dixon, 3841 Randall Road, Green Cove Springs FL 32043, Anna Marcella Dixon, 3841 Randall Road, Green Cove Springs FL 32043, Debtors, Mark. R. Cleaveland, 10001 Gate Parkway North, Jacksonville, FL 32246, Attorney for Debtors, Douglas W. Neway, PO Box 4308, Jacksonville, FL 32201-4308, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn:Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

By: /s/ Andrew W. Houchins
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

1621.70242
Y8761 0514